■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES R. THOMPSON, Appellant. [596 NYS2d 720] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Tisch, J.), imposed May 14, 1992.

Ordered that the sentence is affirmed (see, *People v Kazepis*, 101 AD2d 816). Mangano, P. J., Sullivan, Rosenblatt, Miller and Copertino, JJ., concur.